| PROB 22 (Rev. 1/24) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| | TRANSFER OF JURISDICTION | 23CR01214-001-RSH |
| | | DOCKET NUMBER (Rec. Court) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Alondra Lopez<br>District of Nevada | Southern California | San Diego |
| | NAME OF SENTENCING JUDGE | |
| | Robert S. Huie<br>U.S. District Judge | |
| | DATES OF | FROM | TO |
| | supervised release | 01/19/2024 | 01/18/2027 |

**OFFENSE**

Ct. 1: 21 U.S.C. §§ 952 and 960, Importation of Fentanyl, a Class C felony
Ct. 1: 21 U.S.C. §§ 952 and 960, Importation of Cocaine, a Class C felony

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Ms. Lopez has no significant ties to the Southern District of California and expects to remain in the District of Nevada for the remainder of supervised release. The probation office in the District of Nevada has requested a transfer of jurisdiction to allow any future concerns be addressed efficiently by the district wherein the offender is supervised.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA

  IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

9/4/24
Date

*signature: Robert S. Huie*
Robert S. Huie
U.S. District Judge

*This sentence may be deleted at the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

  IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

September 19, 2024
Effective Date

*signature: James C. Mahan*
United States District Judge

jt

UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM

RE: Alondra Lopez

Case No.: To be Determined

REQUEST FOR TRANSFER OF SUPERVISION ACCEPTANCE

September 9, 2024

TO: The Honorable U.S. District Judge

By way of case history, on December 15, 2023, the Honorable Judge Robert S. Huie, United States District Judge for the Southern District of California, sentenced Ms. Alondra Lopez to eight (8) months custody followed by three (3) years' supervised release for committing the offense of Importation of Fentanyl and Importation of Cocaine. Supervision commenced on January 19, 2024. Ms. Lopez requested relocation to the District of Nevada where she was a resident of and had family ties. Supervision in the District of Nevada commenced on February 21, 2024.

Ms. Lopez is a resident of Nevada and has familial ties within the District of Nevada. She intends to remain in the supervising district for the duration of her supervision. To address any issues that may require the Court's attention in an efficient manner, we are requesting the jurisdiction of her case be accepted in the District of Nevada. The Honorable Judge Robert S. Huie has agreed to relinquish jurisdiction of this case as evident by his signature on the attached Transfer of Jurisdiction (Prob 22) form. Should the Court agree with this request, please sign the attached Prob 22.

Respectfully submitted,

Digitally signed by Javier Muruato-Cortez
Date: 2024.09.11 08:14:57 -07'00'

Javier Muruato
U.S. Probation Officer

Approved:

Digitally signed by Joy Gabonia
Date: 2024.09.09 08:43:21 -07'00'

Joy Gabonia
Supervisory United States Probation Officer